◼ In the Matter of the Arbitration between COUNTY OF ONONDAGA, Respondent, and DEPUTY SHERIFF BENEVOLENT ASSOCIATION, Appellant. [813 NYS2d 345]—Appeal from an order of

the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 4, 2005 in a proceeding pursuant to CPLR article 75. The order granted the petition for a stay of arbitration.

It is hereby ordered that the order so appealed from be and the same hereby is affirmed without costs for reasons stated in decision at Supreme Court.

All concur, Hayes, J., not participating. Present—Kehoe, J.P., Gorski, Martoche, Green and Hayes, JJ.